AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

United States of America
v.
Hong Wang
a/k/a "John Wang"
                                    )
                                    )    Case No.   26cr10007
                                    )
                                    )
                                    )
_____    )

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

         **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Hong Wang a/k/a "John Wang"                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ❏ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

  Securities fraud, in violation of 18 U.S.C. § 1348.

Date:     01/13/2026                                   _____
                                                              *Issuing officer's signature*

City and state:     Boston, Massachusetts                    Hon. David H. Hennessy, U.S. Magistrate Judge
                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____             _____<br>*Arresting officer's signature*<br><br>_____<br>*Printed name and title* |