UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) No. 26-cr-10007-AK |
| HONG WANG | ) |

**NOTICE OF APPEARANCE**

Now comes the undersigned and hereby enters his appearance as counsel for defendant Hong Wang in the above-captioned matter.

Respectfully Submitted,

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
max@mnpc.law

## CERTIFICATE OF SERVICE

    I, Maksim Nemtsev, hereby certify that on this date, January 15, 2026, a copy of the foregoing documents has been served via Electronic Court Filing system on all registered participants.

                                               **/s/ Maksim Nemtsev**
                                               Maksim Nemtsev, Esq.